UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY WHITE,

    Plaintiff,

v.                                                      Case No.:  8:22-cv-2840-SCB-MRM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Defendant, the Commissioner of Social Security (the "Commissioner"), filed Defendant's Unopposed Motion for Entry of Judgment With Remand. (Doc. 15).

The Commissioner requests remand under sentence four of 42 U.S.C. § 405(g) for the following reasons: "Upon remand, the Commissioner will further consider the evidence and issue a new decision." (*See id.* at 1).

The Commissioner advises that Plaintiff's counsel does not object to the relief requested. (*Id.*).

Under sentence four, the Court has the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). A remand under sentence four "is based upon a determination that the Commissioner erred in some respect in reaching the decision to deny benefits." *Jackson v. Chater*, 99 F.3d 1086, 1095 (11th Cir. 1996).

Here, the Commissioner concedes error by requesting a reversal of the Commissioner's decision.

## CONCLUSION

Accordingly, the Undersigned **RESPECTFULLY RECOMMENDS** that:

1. The presiding United States District Judge enter an Order **GRANTING** the Defendant's Unopposed Motion for Entry of Judgment With Remand (Doc. 15).

2. The decision of the Commissioner be **REVERSED** and this case be **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further administrative action and proceedings as follows:

> Upon remand, the Commissioner will further consider the evidence and issue a new decision.

(Doc. 15 at 1).

4. The Clerk of Court be directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**RESPECTFULLY RECOMMENDED** in Chambers in Tampa, Florida on March 21, 2023.

_____
Mac R. McCoy
United States Magistrate Judge

## **NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Copies furnished to:

Counsel of Record
Unrepresented Parties