UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY WHITE,

    Plaintiff,

v.                                                     Case No: 8:22-cv-2840-SCB-MRM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

Before the Court is Defendant's Unopposed Motion for Entry of Judgment with Remand. (Doc. 15). This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge McCoy has filed his report recommending that the motion be granted. (Doc. 16). Plaintiff has no objection to the relief requested. (*Id*.). Upon consideration of the Report and Recommendation, Plaintiff's non-objection, and this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)     The Magistrate Judge's Report and Recommendation (Doc. 16) is adopted and incorporated by reference in this Order.

(2) Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 15) is **GRANTED**.

(3) The Commissioner's decision is reversed, and this case is remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings as follows:

> Upon remand, the Commissioner will further consider the evidence and issue a new decision.

(4) The Clerk is directed to enter judgment in favor of Plaintiff, terminate any pending motions and deadlines, and close the case.

(5) The Court retains jurisdiction on the matter of attorney's fees and costs pending further motion.

**DONE** and **ORDERED** at Tampa, Florida, this 22nd day of March 2023.

_____
SUSAN C. BUCKLEW
United States District Judge

Copies to:
All parties & Counsel of Record