UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY WHITE,

      Plaintiff,

v.                                                                      Case No. 8:22-cv-2840-SCB-MRM

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## **O R D E R**

Before the Court is Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 21). The Motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge McCoy has filed his report recommending that the Motion be granted to the extent that Plaintiff be awarded attorney's fees in the amount of $1,546.61, and that the Motion be denied to the extent it seeks any greater relief, including an order directing the Commissioner to abide by Plaintiff's assignment. (Doc. 23, pp. 6, 7). The parties were afforded the opportunity to file objections to the Report and Recommendation, but no objections were filed.

Upon consideration of the Report and Recommendation, as well as this Court's independent examination of the record, it is determined that the Report and

Recommendation (Doc. 23) should be adopted. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. 23) is adopted and incorporated by reference in this Order.

(2) Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 21) is **GRANTED in part and DENIED in part**.

(3) The Motion is **GRANTED** to the extent that Plaintiff is awarded attorney's fees in the amount of **$1,546.61** pursuant to the EAJA, 28 U.S.C. § 2412(d). Otherwise, the Motion is **DENIED**.

(4) If the United States Department of Treasury determines that Plaintiff does not owe a federal debt, the Commissioner may elect to waive the application of the Anti-Assignment Act to the fee award and pay the EAJA fee award directly to Plaintiff's counsel. *See Kerr v. Comm'r of Soc. Sec.*, 874 F.3d 926, 934-35 (6th Cir. 2017) (holding that unless the government waives application of the Anti-Assignment Act, fee awards under the EAJA must be paid to the prevailing party, not to the party's lawyer); *see also Arthur Pew Const. Co. v. Lipscomb*, 965 F.2d 1559, 1576 (11th Cir. 1992) (holding that the government may recognize the

assignment of its obligations to another and waive the protection of anti-assignment statutes if it chooses).

(5) The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant for attorney's fees in the amount of **$1,546.61** pursuant to the EAJA, 28 U.S.C. § 2412(d).

**DONE AND ORDERED** at Tampa, Florida, this 12th day of June 2023.

_____
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mac R. McCoy
Counsel of Record